IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-01699-CMA
Criminal Case No. 10-cr-00047-CMA

UNITED STATES OF AMERICA,

      Plaintiff-Respondent,

v.

JERRYCA P. CHAVEZ,

      Defendant-Movant.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order Denying Movant's § 2255 Motion entered

by the Honorable Christine M. Arguello (ECF No. 64), the following Judgment is hereby

entered:

1.      The Motion to Vacate, Set Aside, or Correct Sentence Pursuant to 28 U.S.C. §

      2255, (ECF No. 51) is DENIED; and

2.      Pursuant to 28 U.S.C. § 2253(c), no certificate of appealability will issue.

3.      That the corresponding civil action is dismissed.

Dated at Denver, Colorado this    2nd    day of August, 2013.

                    FOR THE COURT:

                    JEFFREY P. COLWELL, CLERK

                    By:  s/ Edward ovP. Butler
                        Edward P. Butler, Deputy Clerk